Sunita Bali, Bar No. 274108
SBali@perkinscoie.com
PERKINS COIE LLP
505 Howard Street, Suite 1000
San Francisco, California 94105-3204
Telephone: +1.415.344.7000
Facsimile: +1.415.344.7050

William C. Rava (*pro hac vice*)
WRava@perkinscoie.com
Jacob P. Dini (*pro hac vice*)
JDini@perkinscoie.com
PERKINS COIE LLP
1201 Third Avenue, Suite 4900
Seattle, Washington 98101-3099
Telephone: +1.206.359.8000
Facsimile: +1.206.359.9000

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
## SAN JOSE DIVISION

| | |
|---|---|
| VEEVA SYSTEMS INC., <br><br> Plaintiff, <br><br> v. <br><br> MICROSOFT CORPORATION, <br><br> Defendant. | Case No. 5:25-CV-01110-NW <br><br> **DEFENDANT MICROSOFT CORPORATION'S ANSWER** |

Defendant Microsoft Corporation, by and through its undersigned attorneys, submits this Answer in response to the Complaint filed by Plaintiff Veeva Systems Inc.

## NATURE OF THE ACTION

1. The allegations set forth in paragraph 1 state legal conclusions to which no response is required. To the extent a response is required, Microsoft admits that the Complaint purports to state an action for trademark infringement and unfair competition under federal, state, and common law and that Microsoft has used the VIVA mark. Microsoft lacks sufficient knowledge or information to form a belief as to the truth or falsity of the remaining allegations in paragraph 1, and therefore denies them.

## **THE PARTIES**

2. Microsoft lacks sufficient knowledge or information to form a belief as to the truth or falsity of the allegations in paragraph 2, and therefore denies them.

3. Admitted.

## **JURISDICTION AND VENUE**

4. The allegations set forth in paragraph 4 state legal conclusions to which no response is required. To the extent a response is required, Microsoft admits that this Court has subject matter jurisdiction over Veeva's claims of trademark infringement and supplemental jurisdiction over Veeva's related state law claims.

5. The allegations set forth in paragraph 5 state legal conclusions to which no response is required. To the extent a response is required, Microsoft does not contest personal jurisdiction in the Northern District of California for purposes of this action. Microsoft admits that CSC Lawyers Incorporating Service is Microsoft's registered agent for service of process in California at 2710 Gateway Oaks Drive, Sacramento, California 95833. Microsoft denies any remaining allegations in this paragraph.

6. The allegations set forth in paragraph 6 state legal conclusions to which no response is required. To the extent a response is required, Microsoft does not contest personal jurisdiction or venue in the Northern District of California for purposes of this action. Microsoft admits that it has offices at 1065 La Avenida Street, Mountain View, California 94043 and 555 California Street, Suite 200, San Francisco, California 94104. Microsoft denies that it has committed acts of infringement within or towards California, this District, or elsewhere. Microsoft denies any remaining allegations in this paragraph.

## **DIVISIONAL ASSIGNMENT**

7. The allegations set forth in paragraph 7 state legal conclusions to which no response is required. To the extent a response is required, Microsoft admits that this is an action purporting to involve intellectual property rights.

## VEEVA AND ITS HISTORY

8. Microsoft lacks sufficient knowledge or information to form a belief as to the truth or falsity of the allegations in paragraph 8, and therefore denies them.

9. Microsoft lacks sufficient knowledge or information to form a belief as to the truth or falsity of the allegations in paragraph 9, and therefore denies them.

10. Microsoft lacks sufficient knowledge or information to form a belief as to the truth or falsity of the allegations in paragraph 10, and therefore denies them.

11. Microsoft lacks sufficient knowledge or information to form a belief as to the truth or falsity of the allegations in paragraph 11, and therefore denies them.

12. Microsoft lacks sufficient knowledge or information to form a belief as to the truth or falsity of the allegations in paragraph 12, and therefore denies them.

13. Microsoft lacks sufficient knowledge or information to form a belief as to the truth or falsity of the allegations in paragraph 13, and therefore denies them.

14. Microsoft lacks sufficient knowledge or information to form a belief as to the truth or falsity of the allegations in paragraph 14, and therefore denies them.

15. Microsoft lacks sufficient knowledge or information to form a belief as to the truth or falsity of the allegations in paragraph 15, and therefore denies them.

16. Microsoft lacks sufficient knowledge or information to form a belief as to the truth or falsity of the allegations in paragraph 16, and therefore denies them.

17. Microsoft lacks sufficient knowledge or information to form a belief as to the truth or falsity of the allegations in paragraph 17, and therefore denies them.

## VEEVA'S TRADEMARKS

18. Microsoft lacks sufficient knowledge or information to form a belief as to the truth or falsity of the allegations in paragraph 18, and therefore denies them.

19. Microsoft lacks sufficient knowledge or information to form a belief as to the truth or falsity of the allegations in paragraph 19, and therefore denies them.

20. Microsoft lacks sufficient knowledge or information to form a belief as to the truth

or falsity of the allegations in paragraph 20, and therefore denies them.

21. The allegations set forth in paragraph 21 state legal conclusions to which no response is required. To the extent a response is required, Microsoft lacks sufficient knowledge or information to form a belief as to the truth or falsity of the allegations in paragraph 21, and therefore denies them.

22. The allegations set forth in paragraph 22 state legal conclusions to which no response is required. To the extent a response is required, Microsoft lacks sufficient knowledge or information to form a belief as to the truth or falsity of the allegations in paragraph 22, and therefore denies them.

23. Microsoft lacks sufficient knowledge or information to form a belief as to the truth or falsity of the allegations in paragraph 23, and therefore denies them.

24. The allegations set forth in paragraph 24 state legal conclusions to which no response is required. To the extent a response is required, Microsoft lacks sufficient knowledge or information to form a belief as to the truth or falsity of the allegations in paragraph 24, and therefore denies them.

### MICROSOFT'S INFRINGEMENT OF THE VEEVA MARKS[1]

25. Microsoft denies that its business is like Veeva's business. Microsoft admits that its business includes business software, cloud computing, and enterprise solutions across a range of industries. Microsoft also admits that it offers business and workplace collaboration software, platforms, applications, and tools, including products and services for communication, customer relationship management, data management, and enterprise resource planning.

26. Microsoft admits that it is offering, selling, and promoting a suite of employee experience software applications under the name VIVA and its constituent modules under certain VIVA-formative names. Microsoft further admits that its VIVA tools and applications are designed to support intra-company communication, feedback, analytics, and learning for

---

[1] For ease of reference, the headings and sub-headings are reproduced as they were used in the Complaint. The reproduction of these headings should not be taken as an admission by Microsoft, and to the extent they are intended to convey allegations rather than simply argument, they are denied.

Microsoft's enterprise customers. Microsoft denies all other allegations in paragraph 26.

27. Microsoft admits that Microsoft and Veeva are established companies in the business software industry. Microsoft lacks sufficient knowledge or information to form a belief as to whether any one of its more than 200,000 employees knew about Veeva and its VEEVA marks before Microsoft adopted its VIVA mark. However, Microsoft denies that employees involved in the selection of the VIVA mark were aware of Veeva or its marks at that time. Microsoft denies the remaining allegations in paragraph 27.

28. Microsoft lacks sufficient knowledge or information to form a belief as to the truth or falsity of the allegations in paragraph 28, and therefore denies them.

29. Microsoft lacks sufficient knowledge or information to form a belief as to the truth or falsity of the allegations in paragraph 29, and therefore denies them.

30. Microsoft denies that Microsoft's uses of VIVA and VIVA-formative marks are unlawful or likely to cause consumer confusion. Microsoft further denies that it uses the VEEVA marks during its earnings calls, podcast interviews, or otherwise. Microsoft lacks sufficient knowledge or information to form a belief regarding any news report about the launch of "Microsoft Veeva Sales." Microsoft admits that a blog post by a company called Orchestry reported on the capabilities of Microsoft Viva Engage at the URL listed in paragraph 30. However, Microsoft denies that this blog post contains a section titled "Not to Be Confused with Veeva Engage" as of the last visit on May 5, 2025. Microsoft denies any remaining allegations in paragraph 30.

31. Microsoft lacks sufficient knowledge or information to form a belief as to the truth or falsity of the allegations in paragraph 31, and therefore denies them.

### INJURY TO THE PUBLIC AND TO VEEVA

32. Denied.

33. Denied.

34. Denied.

### COUNT ONE
### Trademark Infringement under
### Section 32(1) of the Lanham Act, 15 U.S.C. § 1114(1)

35. Microsoft incorporates by reference its responses set forth in the preceding paragraphs.

36. Denied.

## COUNT TWO
## Trademark Infringement, False Designation of Origin, Passing Off, and Unfair Competition Under Section 43(a)(1)(A) of the Lanham Act, 15 U.S.C. § 1125(a)(1)(A)

37. Microsoft incorporates by reference its responses set forth in the preceding paragraphs.

38. Denied.

## COUNT THREE
## Common Law Trademark Infringement and Unfair Competition

39. Microsoft incorporates by reference its responses set forth in the preceding paragraphs.

40. Denied.

## COUNT FOUR
## Violation of California's Unfair Competition Law, Section 17200 *et seq.* of the Cal. Bus. & Prof. Code

41. Microsoft incorporates by reference its responses set forth in the preceding paragraphs.

42. Denied.

## PRAYER FOR RELIEF

Microsoft denies that Plaintiff is entitled to any relief, including the relief specified in Plaintiff's Prayer for Relief.

## RESPONSE TO JURY DEMAND

Microsoft admits that the Complaint sets forth a demand for a trial by jury. Microsoft also demands a trial by jury on all issues so triable.

## DEFENSES

Microsoft asserts the following defenses to Plaintiff's Complaint. Microsoft reserves all defenses under Federal Rule of Civil Procedure 8(c), and any other defense available at law or in equity that may now exist or may become available, including defenses that become apparent

during Microsoft's ongoing investigation and discovery in this matter. By raising the following defenses, Microsoft does not assume the burden of proof of any issue that, as a matter of law, is Plaintiff's burden to prove. Microsoft further does not admit any allegation of the Complaint not otherwise admitted and expressly incorporates the admissions and denials in each and every paragraph above.

## FIRST DEFENSE
## FAILURE TO STATE A CLAIM

1. One or more claims asserted by Plaintiff fail to state a claim upon which relief may be granted.

## SECOND DEFENSE
## NONINFRINGEMENT

2. Microsoft's use of VIVA and VIVA-formative marks is not likely to cause mistake, confusion, or deception.

## THIRD DEFENSE
## LACHES

3. On information and belief, Plaintiff unreasonably delayed in filing this suit based on when Plaintiff knew or should have known of Microsoft's use of VIVA and VIVA-formative marks and, as a result of such delay, Microsoft suffered prejudice, including but not limited to through continuing investment and expenditures in the operation of its business related to Microsoft Viva.

## PRAYER FOR RELIEF

WHEREFORE, Microsoft respectfully requests that the Court rule or otherwise enter a judgment:

A. Dismissing the claims against Microsoft in the Complaint with prejudice;

B. Enter an order declaring this to be an exceptional case and awarding Microsoft its attorneys' fees and costs in this action pursuant to 15 U.S.C. § 1117 and other applicable laws; and

C. Granting such other and further relief as this Court deems just and proper.

| | |
|---|---|
| Dated: May 5, 2025 | **PERKINS COIE LLP**<br><br>By: /s/ *Sunita Bali*<br>Sunita Bali, Bar No. 274108<br>William C. Rava (*pro hac vice*)<br>Jacob P. Dini (*pro hac vice*)<br><br>*Attorneys for Defendant Microsoft Corporation* |